NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-0221

STATE OF LOUISIANA

VERSUS

DARRELL BRENT WHATLEY

************

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT,
PARISH OF EVANGELINE, NO. 64517-FA,
HONORABLE JOHN LARRY VIDRINE, DISTRICT JUDGE

************

JIMMIE C. PETERS
JUDGE

************

Court composed of Jimmie C. Peters, Marc T. Amy, and Elizabeth A. Pickett, Judges.

**SENTENCE VACATED AND SET ASIDE; REMANDED FOR RESENTENCING.**

Raymond J. LeJeune
Assistant District Attorney
1401 Poinciana Avenue
Ville Platte, LA  70586
(337) 363-3438
COUNSEL FOR APPELLEE:
    State of Louisiana

Anthony C. Dupré
Attorney at Law
Post Office Drawer F
Ville Platte, LA  70586
(337) 363-3804
COUNSEL FOR DEFENDANT/APPELLANT:
    Darrell Brent Whatley